No. 11-5159. Ernest Battle, Petitioner v. M. Bodison, Warden.

565 U.S. 892, 132 S. Ct. 275, 181 L. Ed. 2d 163, 2011 U.S. LEXIS 5588.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 413 Fed. Appx. 584.